## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                 )

**Zondra Johnson**                 )
**4901 Dublin Drive**            )
**Suitland, MD 20746**         )
                                 )
        **Plaintiff,**          )
                                 )
        **v.**                 )
                                 )     **Civil Action No. 07-01457**
**Adrian M. Fenty,**            )
                                 )
        **Defendant.**        )
_____ )

### MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S  COMPLAINT

      Pursuant to Fed. R. Civ. P. 6(b), the defendant Adrian M. Fenty, hereby moves for an enlargement of time to file a response to plaintiff's complaint for forty five days, up to and including October 19, 2007, and as grounds therefore state as follows:

      1.      On August 13, 2007, the plaintiff filed a fifty nine (59) paragraphed putative class action lawsuit against Mayor Adrian Fenty, involving approximately 1,504 potential class members. The complaint alleges that the District of Columbia Public Schools (hereinafter "DCPS") maintains a pay classification system which results in pay disparity between union and non union employees in violation of  "42 US § 1983,Equal Protection Clause" ,"Section 21 of the District of Columbia Code, Article I of the Bill of Rights" and  "Title 5 DCMR". See Complaint, generally. The plaintiff requests declaratory relief.

      2.      A response to the Complaint is due on September 4, 2007.

      3.      Defendant's counsel needs additional time to consult with the client and

DCPS to obtain information responsive to the plaintiff's allegations in the complaint, and to fully address the legal issues raised by plaintiff in the purported class action lawsuit. The defendant respectfully requests that this Court extend the time to file its response to plaintiff's complaint, forty five days, to October 19, 2007.

4.    Fed. R. Civ. P. 6(b) provides that,

"[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by previous order…."

5.    This request is being made prior to the expiration of the prescribed period, and is for cause shown.

6.     No party will be unduly prejudiced should the Court grant the requested relief.

For all the above-stated reasons, additional time up to and including, October 19, 2007, is requested to respond to plaintiff's complaint.  A memorandum of points and authorities in support of this motion is hereto attached.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

___/s/_____
ELLEN EFROS [250746]
Chief, Equity, Section I

___/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.

Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

## **CERTIFICATE PURSUANT TO RULE 7(m)**

I hereby certify that on August 17, 2007, the undersigned counsel contacted the

plaintiff's counsel to discuss the relief sought in this motion.  Plaintiff's counsel did not

consent to the motion.


_____/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
**Zondra Johnson**                      )
**4901 Dublin Drive**                   )
**Suitland, MD 20746**                  )
                                        )
    **Plaintiff,**  )
                                        )
    **v.**           )
                                        )    **Civil Action No. 07-01457**
**Adrian M. Fenty,**                    )
                                        )
    **Defendant.**    )
_____ )

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**THE DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**
**TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

In support of the Defendant's Motion for Enlargement of Time to File A

Response to Plaintiff's Complaint, the defendant relies upon the following authorities:

1.    Inherent Power of the Court.

2.    Fed. R. Civ. P. 6(b)(1).

3.    The record herein.

4.    The lack of prejudice to the plaintiff.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____ _____
ELLEN EFROS [250746]
Chief, Equity, Section I

4

_____/s/_____

LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |  |
|---|---|---|---|
| **Zondra Johnson** | ) | | |
| **4901 Dublin Drive** | ) | | |
| **Suitland, MD 20746** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| **v.** | ) | | |
| | ) | **Civil Action No. 07-01457** | |
| **Adrian M. Fenty,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

_____ )

### <u>ORDER</u>

Upon consideration of defendant Adrian M. Fenty's Motion for Enlargement of Time to File a Response to Plaintiff's Complaint, the Memorandum of Points and Authorities filed in support thereof, plaintiff's response thereto, if any, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2007,

ORDERED: That the motion shall be and the same is hereby granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED: That defendant's time to respond to plaintiff's complaint is extended up to and including October 19, 2007.

_____
ROYCE C. LAMBERTH_