THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZONDRA JOHNSON<br><br>**Plaintiffs,**<br><br>v.<br><br>**ADRIAN M. FENTY, MAYOR OF THE DISTRICT OF COLUMBIA**<br><br>**Defendant.** | No. 07-cv-01457 (RCL) |

## NOTICE OF DISMISSAL

**NOW COMES** Plaintiff, Zondra Johnson, pursuant to F.R.C.P. 41 (a) (1) (i) and withdraws her Civil Complaint in the above-captioned matter.

Respectfully submitted on behalf of Plaintiff:

_____/s/_____
Dated:  September 4, 2007          Nathaniel D. Johnson, Esq. (MD #14729)
Richard Lloyd Thompson, II, Esq. (D.C. #448816)
The Law Firm of Nathaniel D. Johnson, L.L.C.
3475 Leonardtown Road, Suite 200
Waldorf, MD 20602
301-645 – 9103/301-861-0411 (fax)

**Certificate of Service**

I, Nathaniel D. Johnson, certify that on this date, September 4, 2007, the foregoing Voluntary Dismissal was forwarded, via ECF, to the following addressee:

Leah Brownlee Taylor

Nathaniel D. Johnson:  /s/